UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST SAN CARLOS COURT APARTMENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WOO RI DONG HANG,<br><br>    Defendant. | Case No. 24-cv-02603-JD<br><br>**ORDER RE REMAND** |

This is an unlawful detainer action filed by plaintiff West San Carlos Court Apartments LLC (West) against defendant Woo Ri Dong Hang for $50,194 in past-due rent. Dkt. No. 1. Hang, which is purporting to proceed pro se, removed the case on allegations of diversity and federal question jurisdiction. *See id.* West filed a motion for remand, which Hang did not oppose. Dkt. No. 4. The case is remanded.

West represents that it is a California limited liability company and that defendant Hang is a California corporation. Dkt. No. 4-2 ¶¶ 7, 9. Hang did not contest that, and so complete diversity required for federal subject matter jurisdiction and removal from state court is missing. A federal question claim is not presented in the complaint. Consequently, removal was improper and the case is remanded to the Superior Court of California, County of Contra Costa. 28 U.S.C. § 1447(c). The request for sanctions pursuant to Federal Rule of Civil Procedure 11(c) is denied.

**IT IS SO ORDERED.**

Dated: July 12, 2024

JAMES DONATO
United States District Judge